STATE OF NEW JERSEY v. ROBERT RICHARDS.

May 16, 1978. Petition for certification denied. (See 155 *N. J. Super.* 106)

STATE OF NEW JERSEY v. WILLIAM PETTY.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST TREMPER.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. THERESA LEWIS.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE ZIGICH.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ESTER MARIE PRITCHETT.

May 16, 1978. Petition for certification denied.